**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**


**DAMIEN M. TURNER,**

      **Petitioner,**

                             **CASE NO. 2:08-CV-52**

  **v.**                         **JUDGE MARBLEY**

                             **MAGISTRATE JUDGE KING**

**KEITH SMITH, Warden,**

      **Respondent.**


## OPINION AND ORDER

On February 13, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C.§2254 be dismissed.  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.**  This action is hereby **DISMISSED.**

**IT IS SO ORDERED**.

                                            *s/Algenon L. Marbley*
                                       ALGENON L. MARBLEY
                                       United States District Judge