# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

**DAMIEN M. TURNER,**

      **Petitioner,**

                              **CASE NO. 2:08-CV-52**
   v.                           **JUDGE MARBLEY**
                              **MAGISTRATE JUDGE KING**

**KEITH SMITH, Warden,**

      **Respondent.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the March 23, 2009 Opinion and Order, the *Report and Recommendation* is **ADOPTED and AFFIRMED.** This case is **DISMISSED.**

Date: **March 23, 2009**                        **James Bonini, Clerk**

                                                                 s/Betty L. Clark
                                                             Betty L. Clark/Deputy Clerk